UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:11-MJ-1878-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **ORDER OF ABATEMENT** |
| | ) | |
| **Sheila M. Vannoy** | ) | |

    This cause came for judgment upon Count 1 to which the defendant entered a plea of guilty on March 13, 2013, and the judgment of the undersigned, The Honorable William A. Webb, United States Magistrate Judge, upon said Count 1, fined the defendant $200.00 with a $10.00 special assessment. It was further adjudged that the defendant be placed on probation for a period of 12 months under the general conditions as recorded in the Clerk's Office and a special condition that she pay the imposed fine and special assessment under the supervision of the Probation Office.

    It now appearing to the court that the said Sheila M. Vannoy died on or about January 15, 2014, at which time an outstanding fine balance of $210.00 remained.

    **THEREFORE,** the Court does find and conclude that said fine and judgment did abate with the death of said fined debtor whose estate cannot be charged therewith.

    This the __6th__ day of __February__, 20__14__.

_____
William A. Webb
U.S. Magistrate Judge